UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/20/2023
```

YANI ONG,

      Plaintiff,

-v-

DELOITTE CONSULTING, LLP,

      Defendant.

No. 21-cv-2644 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

  IT IS HEREBY ORDERED that the Initial Pretrial Conference on Monday, January 23, 2023 at 10:30 AM will be held via teleconference. To join the conference, dial 888-278-0296 and enter Access Code 5195844.

**SO ORDERED.**

**Date:  January 20, 2023**
   **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1