# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/7/2023

February 6, 2023

**VIA ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Ong v. Deloitte Consulting LLP*
        **Case No.: 1:21-cv-02644-AJN: Extension Request**

Dear Judge Vyskocil:

The undersigned represents Plaintiff Yani Ong ("Plaintiff") in the above-referenced matter. We respectfully request a one-week extension to file a motion to amend Plaintiff's Amended Complaint, which is currently due today, February 6, 2023. The attorney assigned to this matter is out of the office today due to a family emergency in California and we are not sure when she will be able to return. We just reached out to opposing counsel to ask for consent but have not heard back yet. This is Plaintiff's first request.

We thank the Court for its time and attention to this matter, its consideration of this request, and apologize for filing this request on such short notice.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan Goddard*
By: Megan Goddard, Esq.

cc: All Counsel of Record (via ECF)

This request [ECF No. 36] is GRANTED over Defendant's objection [ECF No. 37].  Defendant is correct that the request is untimely, but Plaintiff's counsel represents that she is dealing with a family emergency.  Any motion to amend is due February 13, 2023.  No further extensions will be granted.

Date: February 7, 2023
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge