```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YANI ONG,

                        Plaintiff,

-v-                                           1:21-cv-2644 (MKV)

DELOITTE CONSULTING, LLP,              **ORDER**

                        Defendant.

---

MARY KAY VYSKOCIL, District Judge:

In light of the Court's September 22, 2023 Order [ECF No. 52], which scheduled a Post-Discovery Conference for December 14, 2023 at 10:30 AM, the Post-Discovery Conference previously scheduled for October 19, 2023 at 10:00 AM is ADJOURNED *sine die*.

**SO ORDERED.**

Date: October 3, 2023
      New York, NY

                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**