UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023

YANI ONG,

                    Plaintiff,

    -v-                                                    1:21-cv-2644 (MKV)

DELOITTE CONSULTING, LLP,                                  **ORDER**

                    Defendant.

MARY KAY VYSKOCIL, District Judge:

    The status conference previously scheduled for December 14, 2023 at 10:30 AM is

ADJOURNED to January 11, 2024 at 11:00 AM.

**SO ORDERED.**

Date:  **November 9, 2023**                     _____
       **New York, NY**                          **MARY KAY VYSKOCIL**
                                                 **United States District Judge**

1