USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

November 13, 2023

**VIA ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Ong v. Deloitte Consulting LLP*
      **Case No.: 1:21-cv-02644: Letter Motion For Adjournment**

Dear Judge Vyskocil:

  The undersigned represents Plaintiff Yani Ong ("Plaintiff"), in the above-referenced matter and writes with Defendant's consent to request an adjournment of the status conference, currently scheduled for January 11, 2024. The undersigned has mediation that day in another matter. The parties can be available for a status conference on January 8-10, 2024, and January 12, 2024, of that week or at another time more convenient to the Court.

  We thank the Court for its time and attention to this matter.

             Respectfully submitted,

             GODDARD LAW PLLC

             */s/ Siobhan Klassen*
             By: Siobhan Klassen, Esq.

cc: All Counsel of Record (via ECF)

---

**GRANTED. The Status Conference previously scheduled for January 11, 2024 at 11:00 AM is ADJOURNED to January 18, 2024 at 11:30 AM. SO ORDERED.**

Date: 11/13/2023
New York, New York

       *Mary Kay Vyskocil*
       Mary Kay Vyskocil
       United States District Judge