```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANI ONG,

                              Plaintiff,                21-CV-02644 (MKV)(SN)

       -against-                                    **ORDER**

DELOITTE CONSULTING LLP,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On November 13, 2023, the Honorable Mary Kay Vyskocil referred the Defendant's request for a Protective Order (ECF No. 60) to my docket. ECF No. 61. Plaintiff is directed to respond to the Defendant's request by Thursday, November 16, 2023.

The parties are FURTHER ORDERED to appear for a conference on November 22, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      November 14, 2023
                 New York, New York