```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANI ONG,

                Plaintiff,

-v-                              21-cv-2644 (MKV)

DELOITTE CONSULTING, LLP,      **ORDER**

                Defendant.

MARY KAY VYSKOCIL, District Judge:

      The conference previously scheduled for January 18, 2024 at 11:30 AM is ADJOURNED to January 25, 2024 at 11:30 AM.

**SO ORDERED.**

Date:  **December 5, 2023**
         **New York, NY**

                                                    _____
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**