

**EPSTEIN BECKER GREEN**

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

December 19, 2023

**VIA ECF**
Honorable Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1313

    Re:   *Yani Ong v. Deloitte Consulting LLP,* **Civil Action No.: 21-CV-2644 (MKV)**

Dear Judge Vyskocil:

    This firm represents defendant Deloitte Consulting LLP ("Defendant" or "Deloitte") in the above-referenced matter. We write on behalf of the parties to request an adjournment of the post-discovery status conference scheduled for January 25, 2024. (ECF No. 71). In accordance with Rule 2(G) of Your Honor's Individual Rules of Practice in Civil Cases, we note that this is the parties' first request for an adjournment of this conference.

    Magistrate Judge Netburn has scheduled a settlement conference on February 26, 2024. (ECF No. 72). Accordingly, to avoid what would become an unnecessary conference with Your Honor should the settlement conference be successful, the parties respectfully request the adjournment of the January 25 status conference until a date after the February 26 settlement conference.

    Thank you for Your Honor's courtesies in this matter.

                              Respectfully submitted,

                              */s/ David W. Garland*

                              David W. Garland

Cc:   Megan Goddard, Esq. (via ECF)
        Siobhan Klassen, Esq. (via ECF)
        Elizabeth Houghton LaGreca, Esq. (via ECF)

> This request is GRANTED. The Post Discovery Conference is ADJOURNED to March 7, 2024 at 10:30 a.m.  The parties shall file a joint status letter and any pre-motion submissions one week before the conference.
>
> Date: Dec. 20, 2023                    *Mary Kay Vyskocil*
> New York, New York                Mary Kay Vyskocil
>                                       United States District Judge

FIRM:63300459