UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YANI ONG,

                             **Plaintiff,**

          -against-

DELOITTE CONSULTING, LLP,

                             **Defendant.**

-------------------------------------------------------------X

21-CV-02644 (MKV)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2024

**SARAH NETBURN, United States Magistrate Judge:**

      During Plaintiff's deposition, which was held on October 26, 2023, Defendant demanded two categories of documents – Travel Documents and Bank Documents. See ECF No. 75 at 1. A written follow-up demand was served on December 13, the day before the close of discovery. Plaintiff objects to these demands as untimely, not relevant, and intended to harass Plaintiff.

      First, the demands are not untimely, though Defendant should have more promptly followed up from the oral demand. They were made more than a month before the close of discovery, and a written request reiterated the demand within the discovery period. Second, the Court overrules Plaintiff's objection that the demands are intended to harass Plaintiff. There is no evidence to support this conclusory statement.

      Third, Defendant states that the Plaintiff's location during her alleged employment is relevant to her claims, including the availability of certain statutes for non-U.S. citizens. Accordingly, her travel may shed light on whether her claims are proper. Moreover, it is likely not burdensome to produce her Travel Documents. The Court, however, modifies the demand to call for any document that reflects or discloses all travel to and/or from the United States from

October 1, 2017, to the present. For the avoidance of doubt, Plaintiff need not produce "any and all" documents "and communications." So long as Plaintiff can reasonably establish her periods of residency, she need not produce every possible document. Plaintiff's objection to the demand for Bank Documents is sustained because such records are not the best evidence of Plaintiff's residency and are likely to disclose private or sensitive information.

Plaintiff is ORDERED to produce the Travel Documents, as modified, by January 26, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 12, 2024
         New York, New York