```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YANI ONG,

                              Plaintiff,

              -against-

DELOITTE CONSULTING, LLP,

                             Defendant.

------------------------------------------------------------X

21-CV-02644 (MKV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the fully briefed motion for summary judgment, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     June 6, 2024
                 New York, New York