UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YANI ONG,

       Plaintiff,      21-CV-02644 (MKV)(SN)

 -against-           **ORDER**

DELOITTE CONSULTING, LLP,

       Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

 In light of the Honorable Mary Kay Vyskocil's decision on the motion for summary judgment, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                    _____
                    SARAH NETBURN
                    United States Magistrate Judge

DATED:  March 26, 2025
      New York, New York